

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Jackson

                          **Petitioner,**

                          V.

Jeff Macomber

                          **Respondent.**

**Civil Action No.**   22cv863-LAB(DEB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the petition for writ of habeas corpus, and denies a certificate of appealability.

**Date:**   7/25/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman
                R. Chapman, Deputy